IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACKIE McLEOD, #116274, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:09cv831-TMH |
| | ) | (WO) |
| ROBERT GLENN WOODHAM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 4, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 25th day of September 2009

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE